UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:09CR300 HEA |
| ROOSEVELT NICHOLSON, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Continue Sentencing [Doc. #28]. Defendant has previously filed a Waiver of Speedy Trial [Doc. #18-1]. Plaintiff does not oppose this motion.

This Court, upon careful consideration of the motion of defendant, and on review of the record, finds that the ends of justice would best be served by continuing the sentencing hearing as to Defendant Roosevelt Nicholson to January 6, 2010, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset the sentencing hearing in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for

Tuesday, November 24, 2009, is reset to Wednesday, January 6, 2010, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 1stday of December, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE